**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

CASIMIR GRIFFIN,

                  Plaintiff,

-against-                               19 **CIVIL** 7821 (CS)

## JUDGMENT

FACEBOOK, DET. JESICA BROOKS #467,

                  Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 21, 2020, Defendants' motions to dismiss are granted; the federal claims are dismissed with prejudice and the state claims are dismissed without prejudice; Defendant Facebook's motion to transfer venue is denied as moot; accordingly, the case is closed.

**Dated:**  New York, New York
           September 22, 2020

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                      **Clerk of Court**
                                      **BY:** _____
                                                        **Deputy Clerk**